SAM ROBERTS, Appellant, v. RANSOM PRATT et al., Respondents.

Submitted May 26, 1941; decided June 5, 1941.

*W. Earle Costello* for motion.

*Sam Roberts,* in person, opposed.

Motion granted and appeal dismissed.